# Exhibit 1

**District 1**

## Case Summary

**Case No. 2025L007969**

| | | | |
|---|---|---|---|
| **Jeffery Banks -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | § § § § § | Location: Judicial Officer: Filed on: Cook County Attorney Number: | **District 1** **Calendar, B** **06/23/2025** **56079** |

---

### Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **06/23/2025 Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

---

### Assignment Information

**Current Case Assignment**
Case Number      2025L007969
Court            District 1
Date Assigned    06/23/2025
Judicial Officer Calendar, B

---

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Banks, Jeffery** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.** | |

District 1

## Case Summary

**Case No. 2025L007969**

---

### Events and Orders of the Court

---

08/25/2025  Summons Served - Corporation/Company/Business
*Certificate of Service of Summons on defendant, Midea*
  Party:   Plaintiff Banks, Jeffery
*Certificate of Service of Summons on defendant, Midea*

08/20/2025  *CANCELED* **First Time Case Management**   (10:00 AM)   (Judicial Officer: Barrett, Michael B)
    Resource: Location L2202 Court Room 2202
    Resource: Location D1 Richard J Daley Center
    *Order of Court*

08/08/2025  Summons Issued And Returnable
*Summons to Corelle Brands*
  Party:   Plaintiff Banks, Jeffery
*Summons to Corelle Brands*

08/08/2025  Summons Issued And Returnable
*Summons to Midea America*
  Party:   Plaintiff Banks, Jeffery
*Summons to Midea America*

07/24/2025  Place On Bankruptcy Calendar - Allowed -     (Judicial Officer: Lyons, Thomas V., II)
    Party:   Plaintiff Banks, Jeffery

07/24/2025  Strike From Case Management Call - Allowed     (Judicial Officer: Lyons, Thomas V., II)
    Party:   Plaintiff Banks, Jeffery

07/17/2025  Electronic Notice Sent
    Party:   Plaintiff Banks, Jeffery
    Party 2:   Attorney Cesarone, Frank Vincent

07/17/2025  Electronic Notice Sent
    Party:   Plaintiff Banks, Jeffery
    Party 2:   Attorney Cesarone, Frank Vincent

07/07/2025  Notice Filed
*Plaintiff's Notice of Stay*
    Party:   Plaintiff Banks, Jeffery
*Plaintiff's Notice of Stay*

06/23/2025   New Case Filing

06/23/2025  Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Complaint and Jury Demand (Banks)*
    Party:   Plaintiff Banks, Jeffery
    Party 2:   Attorney Cesarone, Frank Vincent
*Complaint and Jury Demand (Banks)*

06/23/2025  Exhibits Filed
*Civil Cover Sheet (Banks)*
    Party:   Plaintiff Banks, Jeffery
    Party 2:   Attorney Cesarone, Frank Vincent
*Civil Cover Sheet (Banks)*